**Order entered May 3, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00182-CV

### SHOCKTHEORY DLV, INC., Appellant

### V.

### TAVA VENTURES, INC., Appellee

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-03195-2020**

## ORDER

Before the Court is appellant's April 28, 2021 motion for an extension of time to file its brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on April 23, 2021 filed as of the date of this order.

On the Court's own motion, we **ORDER** Lynne Finley, Collin County District Clerk, to file, by **May 7, 2021**, a supplemental clerk's record containing

the following document filed on February 8, 2021: Plaintiff's Response to Defendant's Special Appearance.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Finley and all parties.

/s/    CRAIG SMITH
         JUSTICE